IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONATHAN GIANNONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1713 (RBW) |
| ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

**STATUS REPORT OF DEFENDANT**

Defendant, the United States Secret Service, provides the following status report in this litigation under the Freedom of Information Act ("FOIA").

1.  In its status report of June 27, 2012, Defendant advised the Court that it had conducted a review of potentially responsive records in connection with the sole remaining FOIA request at issue (FOIA Request 20070643), and has determined that it is no longer asserting exemption 7(A) with respect to that request. Defendant further advised that, as of the date of the status report, Defendant had processed approximately 160 pages of documents subject to FOIA, and was in the process of releasing them, in whole or in part, to Mr. Giannone. Defendant anticipated that additional responsive documents subject to FOIA would also be released and that it would require four to six months to complete the processing and release to Mr. Giannone of all responsive, non-exempt documents subject to FOIA with respect to FOIA Request 20070643. Defendant stated that it would submit a further status report on or before October 25, 2012.

2.  Defendant now reports as follows. To date, Defendant has released (or referred) in whole or in part 250 pages of responsive documents subject to FOIA, and states that a further

release will be made before the end of this month of approximately 600 pages. Following that release, Defendant estimates that there will remain approximately 200 pages of responsive documents subject to FOIA to be processed. Defendant estimates that it will complete the processing of those documents, and thereby complete its response to FOIA Request 20070643, by the end of November 2012.

    3.    Unless otherwise directed by the Court, Defendant will submit a status report to the Court on or before December 18, 2012.[1]

Respectfully submitted,

RONALD C. MACHEN JR. D.C. BAR # 447889
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0406
Jeremy.Simon@usdoj.gov

---

[1] According to the publicly available records of the Federal Bureau of Prisons at www.bop.gov, Mr. Giannone no longer is an inmate and had a release date of April 25, 2011. However, as Plaintiff has not filed with the Court a subsequent change of address notice as required by Local Civil Rule 11.1, Defendant is serving this status report on the address stated in the referenced notice, which is the address listed on the docket. Defendant also is serving this status report on the P.O. Box address listed for Mr. Giannone on the docket of his appeal with the Fourth Circuit in case number 11-6577.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of October 2012, I caused the foregoing to be served by first-class mail, postage prepaid, on the following:

Jonathan Giannone
Reg. No.: 71815-053
Brooklyn RRC
988 Myrtle Avenue
Brooklyn, New York 11206

      And

Jonathan Giannone
P.O. Box 528
Rockville Center, NY 11571

                              /s/
                         Jeremy S. Simon